NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARLOW ZIRKIND, | Civil Action No.: 07-5602 (JLL) |
| Plaintiff, | |
| v. | |
| STATE OF NEW YORK, ET AL., | **ORDER** |
| Defendant. | |

This matter, having come before the Court by way of Plaintiff's submission of a Complaint, and corresponding application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a), and, for the reasons stated in this Court's corresponding Opinion dated December 3, 2007,

**IT IS** on this 3rd day of December, 2007, hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1915, Plaintiff's application to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff is hereby granted thirty (30) days from the date of entry of this Order in which to amend his Complaint; and it is further

**ORDERED** that if Plaintiff fails to amend his Complaint within the time specified above, the Complaint will be dismissed with prejudice and the matter will be **CLOSED**.

DATED: December 3, 2007

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE