NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARLOW ZIRKIND,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK, ET AL.,<br><br>        Defendant. | Civil Action No.: 07-5602 (JLL)<br><br><br><br>**ORDER** |

    This matter, having come before the Court by way of Plaintiff's submission of an Amended Complaint, and, for the reasons stated in this Court's corresponding Letter Opinion dated January 18, 2008,

    **IT IS** on this **18th day of January, 2008,** hereby

    **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice; and it is further

    **ORDERED** that Plaintiff may submit a Second Amended no later than January 31, 2008; and it is further

    **ORDERED** that if Plaintiff fails to amend his Amended Complaint within the time specified above, the Complaint will be dismissed <u>with</u> prejudice and the matter will be **CLOSED**.

                                                            JOSE L. LINARES,
                                                            UNITED STATES DISTRICT JUDGE